JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA KOCHARYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, et al.,<br><br>    Defendants. | Case No.  CV 20-1765-GW-PLAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    It is hereby ORDERED that this action is dismissed with prejudice in its entirety. The Court shall retain jurisdiction to enforce the settlement.

    IT IS SO ORDERED.

Dated: December 28, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE